IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LISA ADAMS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | No. CIV-21-1142-C |
| ) | |
| ABOUTANAA ELHABTE, Warden ) | |
| of Mabel Bassett Correctional Facility, ) | |
| ) | |
| Respondent. ) | |

## O R D E R

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Amanda Maxfield Green on December 10, 2021. The Court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed; however, on December 30, 2021, Petitioner paid the $5.00 filing fee, rendering the Magistrate Judge's recommendation moot.

Accordingly, the Report and Recommendation (Dkt. No. 6) of the Magistrate Judge is adopted in part. Because the filing fee has now been paid, the case is once again committed to the Magistrate Judge under the initial Order of Referral.

IT IS SO ORDERED this 18th day of January 2022.

ROBIN J. CAUTHRON
United States District Judge