IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LISA ADAMS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) No. CIV-21-1142-C |
| | ) |
| ABOUTANAA EL HABTI, Warden, | ) |
| | ) |
| Respondent. | ) |

ORDER ADOPTING REPORT AND RECOMMENDATION

This action for habeas corpus relief brought by a prisoner, proceeding pro se, was referred to United States Magistrate Judge Amanda Maxfield Green, consistent with the provisions of 28 U.S.C. § 636(b)(1)(B). Judge Green entered a Report and Recommendation ("R&R") on July 25, 2022, to which Petitioner has timely objected. The Court therefore considers the matter de novo.

The facts and relevant law are set out in full in the accurate and well-reasoned recommendation of the Magistrate Judge. No point would be served in repeating that analysis. Petitioner does not specifically dispute either the factual recitation or the legal reasoning employed by the Magistrate Judge, but merely restates the conclusions and legal arguments asserted in her Response to the Motion to Dismiss. The Court has carefully considered Petitioner's objections, but concludes that the facts and law are accurately set out in the R&R and there is nothing asserted by the Petitioner which was not fully considered and correctly rejected by the Magistrate Judge, and no argument of fact or law is set forth in the objection which would require a different result.

Accordingly, the Court adopts, in its entirety, the Report and Recommendation of the Magistrate Judge (Dkt. No. 14), and for the reasons announced therein, Respondent's Motion to Dismiss (Dkt. No. 11) is granted, and this petition for habeas corpus relief is dismissed as second or successive. The Court also finds that a transfer to the Tenth Circuit Court of Appeals is not in the interest of justice. A judgment will enter accordingly.

IT IS SO ORDERED this 6th day of September, 2022.

ROBIN J. CAUTHRON
United States District Judge